**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Eric Darien, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2016-001685

———————

Appeal From Jasper County
R. Lawton McIntosh, Post-Conviction Relief Judge

———————

Memorandum Opinion No. 2019-MO-011
Submitted February 20, 2019 – Filed February 27, 2019

———————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Appellate Defender Susan B. Hackett, of Columbia, for Petitioner.

Attorney General Alan Wilson and Assistant Attorney General Christian Saville, both of Columbia, for Respondent.

———————

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Eric Darien's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**